UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| **EMMA HOWELL,**<br>     Plaintiff,<br><br>v.<br><br>**AMCOL SYSTEM and DOES 1-10 inclusive,**<br><br>     Defendant. | **3:17-cv-00162-TCB** |

## JOINT NOTICE OF SETTLEMENT OF CLAIMS
## AGAINST AMCOL SYSTEM

Plaintiff EMMA HOWELL ("Plaintiff") and Defendant AMCOL SYSTEM ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with the Defendant to resolve all claims.

2. The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: May 29, 2018

                                        Respectfully submitted,

/s/Joseph P. McClelland, III
Joseph P. McClelland, III, Esq.
GA Bar No. 483407
JOSEPH P. McCLELLAND, LLC
P.O. Box 100
Jackson, Georgia 30233
Telephone: (770) 775-0938
joseph@jacksonlaws.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this day, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/Joseph P. McClelland, III*
Joseph P. McClelland, III, Esq.
GA Bar No. 483407
JOSEPH P. McCLELLAND, LLC
P.O. Box 100
Jackson, Georgia 30233
Telephone: (770) 775-0938
joseph@jacksonlaws.com
*Counsel for Plaintiff*